AO 91 (Rev. 11/11)  Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2025 MAR 17  AM 8: 57

CLERK
BY  CDC
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Jumsy Beldor<br><br>Defendant(s) | Case No. 2:25-mj-32-1 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 14, 2025__ in the county of __Franklin__ in the _____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1324(a)(2) | The defendant, knowingly or in reckless disregard of the fact that an alien has not received prior official authorization to come to, enter, or reside in the United States, brought to the United States in any manner whatsoever, such alien, regardless of any official action which may later be taken with respect to such alien. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Kenneth Grey, Border Patrol Agent, USBP
Printed name and title

Sworn to via reliable electronic means under Federal Rule of Criminal Procedure 4.1(b)(2)(A), specifically, a video call.

Date: __03/16/2025__

_____
Judge's signature

City and state:   Burlington, Vermont

Hon. Kevin J. Doyle, U.S. Magistrate Judge
Printed name and title